JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS RAY ROWLAND,<br><br>   Petitioner,<br><br>v.<br><br>T. CAMPBELL,<br><br>   Respondent. | Case No. 5:23-cv-00289-SB-JC<br><br>ORDER DISMISSING CASE |

   Petitioner Marcus Ray Rowland filed this habeas case along with an application to proceed in forma pauperis. Dkt. No. 3. The Court denied Petitioner's application because he did not demonstrate that he is unable to pay the $5 filing fee. Dkt. No. 8. Petitioner's deadline for paying the filing fee was April 3, 2023, but the filing fee has not been paid. The Court advised him that the failure to timely pay would result in dismissal.

   Accordingly, this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED.

Date: May 1, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge